**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 398 MAL 2025

                      Respondent   :

  :

  :   Petition for Allowance of Appeal

  :   from the **Unpublished**

                           v.   :   **Memorandum and Order** of the

  :   Superior Court at No. 13 MDA 2024

  :   entered on July 10, 2025, **affirming**

ROBERTO TORNER,   :   the Judgment of Sentence of the

  :   Luzerne County Court of Common

                  Petitioner   :   Pleas at No. CP-40-CR-0002079-

  :   2020 entered on August 24, 2023


## ORDER


**PER CURIAM**                             **DECIDED: February 19, 2026**

      **AND NOW**, this 19th day of February, 2026, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Walker*, ___ A.3d ___, 2026 WL 247429 (Pa. Jan. 28, 2026).